## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE
## COLUMBIA DIVISION

| | | |
|---|---|---|
| **HUMAN RIGHTS DEFENSE CENTER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **NO. 1:19-cv-00031** |
| | ) | |
| **MARSHALL COUNTY, TENNESSEE,** | ) | **JUDGE CAMPBELL** |
| **et al.,** | ) | **MAGISTRATE JUDGE HOLMES** |
| | ) | |
| **Defendants.** | ) | |

## ORDER

Pending before the Court is Plaintiff's Motion for Preliminary Injunction (Doc. No. 8). The Court will hold a hearing on the Motion on July 23, 2019, at 1:30 p.m. Absent extraordinary circumstances, the hearing will conclude on that day.

The parties shall file by noon on July 16, 2019, the following pertaining to the preliminary injunction hearing: (1) any affidavits; (2) witness lists; (3) exhibit lists; (4) any depositions and/or deposition designations; (5) any stipulations; (6) any motions in limine; and (7) any supplemental briefs. No witness shall testify live at the preliminary injunction hearing unless the party calling such witness to testify has identified and made that witness available for a deposition prior to the hearing.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE