UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| Human Rights Defense Center | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | No. 1:19-cv-31 |
| v. | ) | Judge Campbell/Holmes/Brown |
| | ) | |
| | ) | JURY DEMAND |
| | ) | |
| Marshall County Tn, | ) | |
| | ) | |
| Defendant | ) | |

## **O R D E R**

I conducted a settlement conference in this case on November 20, 2019. The parties have agreed upon settlement terms in this matter. Counsel shall file necessary pleadings terminating this case with the court retaining Jurisdiction to enforce the permanent injunction that will be entered no later than January 6, 2020.

It appears that nothing further remains to be done by the undersigned Magistrate Judge. The **Clerk** is directed to return the file to Judge Campbell.

/S/Joe B. Brown
Joe B. Brown
U.S. Magistrate Judge